IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DRAUCKER, #00146717, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:22-cv-2871-M |
| STATE OF TEXAS, ET AL., | § § § | |
| Respondents. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (the FCR). And the Court TERMINATES all pending motions, including for a temporary restraining order, for the reasons set out in the FCR.

SO ORDERED this 11th day of May, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE